**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| JACOB WHEELER,<br><br>Plaintiff,<br><br>v.<br><br>COHBAR, INC., DAVID GREENWOOD, ALBION J. FITZGERALD, CAROL NAST, MISHA PETKEVICH, JOSEPH J. SARRET, STEPHANIE TOZZO, and JOANNE YUN,<br><br>Defendants. | Case No. 1:23-cv-01036-RGA<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: November 30, 2023

**LONG LAW, LLC**

By: *\/s/ Brian D. Long*

Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*